# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

    **Case No. 09-CR-83**

**-vs-**

**RONALD JOHNSON,**

        Defendant.

## DECISION AND ORDER

The Court has received an order from Magistrate Judge Goodstein recommending that the defendant, Ronald Johnson's ("Johnson"), motion to suppress statements be denied. The Court has read the Recommendation and concurs with the Magistrate Judge's conclusions and the reasoning supporting those conclusions.

Therefore, Johnson's motion to suppress statements is **DENIED.**

Dated at Milwaukee, Wisconsin, this 24th day of February, 2010.

        **SO ORDERED,**

        *s/ Rudolph T. Randa*
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**