UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-                                      Case No. 09-CR-83
                                                10-CR-121

RONALD L. JOHNSON,

    Defendant.

## DECISION AND ORDER

The defendant, Ronald Johnson, filed a motion for the return of property under Federal Rule of Criminal Procedure 41(g). Postjudgment motions under Rule 41(g) are civil actions subject to the Prison Litigation Reform Act. *United States v. Stevens*, 500 F.3d 625, 628 (7th Cir. 2007). To proceed with such an action, Johnson must file a separate lawsuit and pay the filing fee (or use the partial payment procedures of the PLRA, 28 U.S.C. § 1915(b)). For now, the Court will DENY the motion [ECF No. 53 in 09-CR-83, ECF No. 86 in 10-CR-121] without prejudice.

Dated at Milwaukee, Wisconsin, this 21st day of August, 2013.

                                              BY THE COURT:

                                              HON. RUDOLPH T. RANDA
                                              U.S. District Judge